# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-7050** | **September Term, 2024** |
| | **1:21-cv-01847-RJL** |
| | **Filed On: April 14, 2025** [2110971] |

Jared Fishman,

    Appellee

    v.

District of Columbia, et al.,

    Appellants

## O R D E R

The notice of appeal was filed on April 10, 2025, and docketed in this court on April 14, 2025. It is, on the court's own motion,

**ORDERED** that appellants submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 14, 2025 |
| Docketing Statement Form | May 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 14, 2025 |
| Procedural Motions, if any | May 14, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | May 14, 2025 |
| Statement of Issues to be Raised | May 14, 2025 |
| Transcript Status Report | May 14, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | May 14, 2025 |
| Dispositive Motions, if any | May 29, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**                       **September Term, 2024**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | May 14, 2025 |
| Entry of Appearance Form (Attorneys Only) | May 14, 2025 |
| Procedural Motions, if any | May 14, 2025 |
| Dispositive Motions, if any | May 29, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                             BY:    /s/
                                          Erica M. Thorner
                                          Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Civil Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)
    [Request to Enter Appellate Mediation Program (Optional)](#)
    [Notice Concerning Expedition of Appeals and Petitions for Review](#)
    [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)