# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Jared Fishman

**v.**

District of Columbia et al.

**Case No:** 25-7050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☒ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Appellee Jared Fishman

### Counsel Information

Lead Counsel: Charles Gerstein

Direct Phone: ( 202 ) 670-4809 Fax: ( ___ ) ___ - ___ Email: charlie@gerstein-harrow.com

2nd Counsel: Jason Harrow

Direct Phone: ( 323 ) 744-5293 Fax: ( ___ ) ___ - ___ Email: jason@gerstein-harrow.com

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___ Fax: ( ___ ) ___ - ___ Email:

Firm Name: Gerstein Harrow LLP

Firm Address: 400 7th St., NW Ste. 304, Washington, DC 20004

Firm Phone: ( 323 ) 744-5293 Fax: ( ___ ) ___ - ___ Email: jason@gerstein-harrow.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

| Save | Reset Form | Print Form |