# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Jared Fishman

v.

District of Columbia, et al.

**Case No:** 25-7050

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

| | |
|---|---|
| District of Columbia | Officer Michael Tong |
| Lieutenant Patrick Loftus | Officer Christopher Todaro |
| Officer Marck Jaeger | Officer Jeremy Brady |

### Counsel Information

**Lead Counsel:** Lucy E. Pittman
**Direct Phone:** (202) 727-3881  **Fax:** (202) 741-5925  **Email:** lucy.pittman@dc.gov

**2nd Counsel:** Graham E. Phillips
**Direct Phone:** (202) 724-6647  **Fax:** (202) 741-0444  **Email:** graham.phillips@dc.gov

**3rd Counsel:** Ashwin P. Phatak
**Direct Phone:** (202) 442-6647  **Fax:** (202) 741-0649  **Email:** ashwin.phatak@dc.gov

**Firm Name:** Office of the Attorney General for the District of Columbia
**Firm Address:** 400 6th Street, NW, Suite 8100, Washington, D.C. 20001
**Firm Phone:** (___) ___-____  **Fax:** (___) ___-____  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)