NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JARED FISHMAN,
Appellee,

v.

DISTRICT OF COLUMBIA, *et al.*,
Appellants.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A. *Parties and Amici*.—Jared Fishman was the plaintiff below and is the appellee here. The District of Columbia, Lieutenant Patrick Loftus, and Officers Marck Jaeger, Jeremy Brady, Michael Tong, and Christopher Todaro were the defendants below and are appellants here. There are no amici.

B. *Rulings Under Review*.—The ruling of the district court under review is the March 13, 2025 Memorandum Opinion and Order (ECF Nos. 59 and 60), entered by U.S. District Court Judge Richard J. Leon. The decision is not reported but is available at 2025 WL 819579.

C. *Related Cases.*—This case has not previously been before this Court or any other court. Undersigned counsel is unaware of any related case.

                    Respectfully submitted,

                    BRIAN L. SCHWALB
                    Attorney General for the District of Columbia

                    CAROLINE S. VAN ZILE
                    Solicitor General

                    ASHWIN P. PHATAK
                    Principal Deputy Solicitor General

                    GRAHAM E. PHILLIPS
                    Deputy Solicitor General

                    /s/ Lucy E. Pittman
                    LUCY E. PITTMAN
                    Senior Assistant Attorney General
                    Bar Number 483416
                    Office of the Solicitor General

                    Office of the Attorney General
                    400 6th Street, NW, Suite 8100
                    Washington, D.C. 20001
                    (202) 727-3881 (phone)
                    (202) 741-5925 (fax)
May 2025                    lucy.pittman@dc.gov