# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 25-7050
2. DATE DOCKETED: 04-14-2025
3. CASE NAME (lead parties only): Jared Fishman v. District of Columbia, et al.
4. TYPE OF CASE: ☒ District Ct - ☐ US Civil ⦿ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ⦿ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No. Civil Action 1:21-cv-1847 (RJL)
      Criminal
      Miscellaneous
      Bankruptcy Court Docket No. Bankruptcy
      Adversary
      Ancillary
      Tax Court Docket No. Tax
   b. Review is sought of:
      ☐ Final Order  ☒ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon    Magistrate Judge
   d. Date of order(s) appealed (use date docketed): 03-13-2025    e. Date notice of appeal filed: 04-10-2025
   f. Has any other notice of appeal been filed in this case? ☐ Yes ⦿ No  If YES, date filed:
   g. Are any motions currently pending in trial court? ☐ Yes ⦿ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ⦿ No
      If NO, why not? None needed. The case was decided on the pleadings.
   i. Has this case been before the Court under another appeal number? ☐ Yes  Appeal # _____ ⦿ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ⦿ No  If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ☐ Yes ⦿ No
      If YES, give popular name and citation of statute
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ⦿ No  If so, provide program name and participation dates

Signature: /s/ Lucy E. Pittman    Date: 05-14-2025
Name of Party: District of Columbia Appellants
Name of Counsel for Appellant/Petitioner: Lucy E. Pittman
Address: Office of the Attorney General for the District of Columbia, 400 6th Street, Suite 8100, Washington, DC 20001
Phone (202) 727-3881    Fax (202) 741-5925

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)