NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JARED FISHMAN,
APPELLEE,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLANTS' STATEMENT OF ISSUES TO BE RAISED**

Appellants the District of Columbia, Lieutenant Patrick Loftus, and Officers Marck Jaeger, Jeremy Brady, Michael Tong, and Christopher Todaro intend to raise the following issue on appeal:

1. Whether the district court erred in denying the individual appellants qualified immunity and entering judgment against Officer Todaro on plaintiff's claims under 42 U.S.C. § 1983 (Counts Three and Four of the First Amended Complaint)?

2. Whether the district court erred in denying summary judgment in favor of appellants and entering judgment against Officer Todaro on plaintiff's common law false imprisonment claim (Count Six of the First Amended Complaint)?

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | BRIAN L. SCHWALB<br>Attorney General for the District of Columbia |
|  | CAROLINE S. VAN ZILE<br>Solicitor General |
|  | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
|  | GRAHAM E. PHILLIPS<br>Deputy Solicitor General |
|  | <u>/s/ Lucy E. Pittman</u><br>LUCY E. PITTMAN<br>Senior Assistant Attorney General<br>Bar Number 483416<br>Office of the Solicitor General |
| May 2025 | Office of the Attorney General<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 727-3881 (phone)<br>(202) 741-5925 (fax)<br>lucy.pittman@dc.gov |