# Gerstein Harrow LLP

Clerk's Office
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

*Via CM/ECF*

Dear Clerk's Office

I am counsel for the Plaintiff-Appellee in *Fishman v. District of Columbia*, No. 25-7050, and I write to indicate my unavailability for oral argument. I will be unavailable for argument on:

September 22–26, 2025
October 1–2, 2025
November 24–26, 2025
December 15–23, 2025

If the Court is considering scheduling argument in 2026, please let me know and I will indicate my dates of unavailability.

Sincerely,
Charlie Gerstein



Washington, DC
Scottsdale, AZ
Los Angeles, CA

hi@gerstein-harrow.com          gerstein-harrow.com