NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JARED FISHMAN,
APPELLEE,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNOPPOSED MOTION OF APPELLANTS FOR A 30-DAY EXTENSION OF TIME TO FILE THEIR BRIEF**

The brief of appellants is currently due on July 21, 2025. The appellants request a 30-day extension of time, until August 20, within which to file their brief. Appellee does not oppose this relief.

There is good cause for the requested extension. The Office of the Solicitor General continues to have a heavy workload, and the undersigned is engaged in the press of other matters before the D.C. Court of Appeals and the D.C. Superior Court, to include *Vuyyuru v. District of Columbia*, No. 24-CV-825 (D.C.) (combined motion and opposition due July 1); *Johnson v. District of Columbia Public Schools*,

No. 25-CV-112 (D.C.) (brief due July 7); *District of Columbia v. Lumen Eight Media Group*, No. 2016-CAB-006471 (D.C. Super. Ct.) (motion for reconsideration filed June 9). The undersigned has also been working with the trial divisions on several time-sensitive matters and will be out of the office August 1 through 8. Additional time is also necessary to account for supervisory review of the brief, as the assigned Deputy will be on leave from July 28 through August 5.

    The revised briefing schedule would be:

        Appellants' Brief & Appendix:  August 20

        Appellee's Brief:   September 19

        Appellants' reply:  October 10

All parties support the Court scheduling oral argument in this appeal as soon as the calendar allows.

    Accordingly, this Court should grant appellants a 30-day extension of time, until August 20, 2025, to file their brief.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

GRAHAM E. PHILLIPS
Deputy Solicitor General

/s/ Lucy E. Pittman
LUCY E. PITTMAN
Senior Assistant Attorney General
Bar Number 483416
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 727-3881
(202) 741-5925 (fax)
lucy.pittman@dc.gov

June 2025

3

## CERTIFICATE OF COMPLIANCE

I certify that this reply complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because it contains 234 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Lucy E. Pittman
LUCY E. PITTMAN