# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:21-cv-01847-RJL**

**Filed On: June 27, 2025** [2122705]

Jared Fishman,

    Appellee

  v.

District of Columbia, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for a 30-day extension of time to file their brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Brief | August 20, 2025 |
| Appendix | August 20, 2025 |
| Appellee's Brief | September 19, 2025 |
| Appellants' Reply Brief | October 10, 2025 |

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:    /s/
           Michael C. McGrail
           Deputy Clerk