NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JARED FISHMAN,
Appellee,

v.

DISTRICT OF COLUMBIA, *et al.*,
Appellants.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**CONSENT MOTION OF APPELLANTS TO SEAL PARTS OF
THE JOINT APPENDIX**

This appeal concerns a police investigation following a 911 call reporting the possible abduction of a child. The record on appeal includes police body-worn camera videos, surveillance video, and audio from the 911 call. Some of the body-worn camera footage includes images of two minor children and audio of their names, their dates of birth, and their parents' dates of birth. This Court's rules recognize the need to ensure the confidentiality of this private information. D.C. Circuit Rule 25(e) (requiring parties to redact names of minors and dates of birth). In the district court, the parties provided the videos to the court but did not file them

electronically and asked that the videos remain out of the public record. ECF Record Documents 47-4, 54-2. The files are therefore unavailable on PACER.

On appeal, the parties have discussed the contents of the joint appendix and plan to include the videos and audio. The parties have agreed that the videos that contain private information protected by Circuit Rule 25(e) should be filed under seal. The videos that the parties seek to seal are limited to:

- Defendants' exhibit 2 (Officer Jaeger's body-worn camera)
- Defendants' exhibit 3 (Officer Tong's body-worn camera)
- Defendants' exhibit 4 (Sargent Bray's body-worn camera)
- Defendants' exhibit 5 (Officer Brady's body-worn camera)
- Defendants' exhibit 7 (Officer Todaro's body-worn camera)
- Defendants' exhibit 8 (Lieutenant Loftus's body-worn camera from the O Street location)

The other videos and the audio file included in the joint appendix will be part of the public record.

Accordingly, this Court should grant this consent motion to allow the parties to file the identified videos under seal.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

GRAHAM E. PHILLIPS
Deputy Solicitor General

/s/ Lucy E. Pittman
LUCY E. PITTMAN
Senior Assistant Attorney General
Bar Number 483416
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 727-3881
(202) 741-5925 (fax)
lucy.pittman@dc.gov

July 2025

3

## CERTIFICATE OF COMPLIANCE

I certify that this reply complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d)(1) because it contains 268 words, excluding exempted parts.  This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

/s/ Lucy E. Pittman
LUCY E. PITTMAN