**NOT YET SCHEDULED FOR ORAL ARUGMENT**

**No. 25-7050**

---

UNITED STATES COURT OF APPEAL FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JARED FISHMAN, *Plaintiff–Appellee*,

*v.*

THE DISTRICT OF COLUMBIA ET AL., *Defendant–Appellants*.

---

Appeal From the United States District Court for the District of Columbia

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF**

Jason Harrow
 GERSTEIN HARROW LLP
 12100 Wilshire Blvd. Suite 800
 Los Angeles, CA 90025
 (323) 744-5293
 jason@gerstein-harrow.com

Charles Gerstein
(*counsel of record*)
 GERSTEIN HARROW LLP
 400 7th St. NW, Suite 304
 Washington, DC 20004
 (202) 670-4809
 charlie@gerstein-harrow.com

Dated: September 15, 2025

*Counsel for Plaintiff-Appellee*

Plaintiff-Appellee Jared Fishman's brief is currently due September 19. Fishman requests a 21-day extension of time to file his brief and consents to an additional one-week extension of Defendant-Appellants' reply deadline. Defendant-Appellants do not oppose Fishman's request.

Good cause exists for this request. Undersigned counsel learned today of a time-sensitive development in another matter that demands his immediate attention, and this coincides with a pre-planned vacation scheduled for the week after the brief in this case otherwise would have been due. This request will not affect the oral-argument schedule, Appellants do not oppose this request, and good cause has been shown. The request should therefore be granted although made within seven days of the initial deadline. *See* Circuit Rule 28(e)(2).

The revised briefing schedule would be:

Appellee's Brief: October 10

Appellants' reply: November 7.

All parties support the Court scheduling oral argument in this appeal as soon as the calendar allows. Accordingly, this Court should grant Appellee's request for a 21-day extension of time to file his brief.

1

Dated: September 15, 2025

                        Respectfully submitted,

                        */s/ Charles Gerstein*
                        Charles Gerstein
                        GERSTEIN HARROW LLP
                        1001 G Street NW, Suite 400E
                        Washington, DC 20001
                        (202) 670-4809
                        charlie@gerstein-harrow.com

                        Jason Harrow
                        GERSTEIN HARROW LLP
                        12100 Wilshire Blvd. Suite 800
                        Los Angeles, CA 90025
                        (323) 744-5293
                        jason@gerstein-harrow.com

                        *Attorneys for Plaintiff-Appellant*