# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**　　　　　　　　　　　　　　　**September Term, 2025**

**1:21-cv-01847-RJL**

**Filed On: September 18, 2025** [2135512]

Jared Fishman,

      Appellee

    v.

District of Columbia, et al.,

      Appellants

## O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | October 10, 2025 |
| Appellants' Reply Brief | November 7, 2025 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　Michael C. McGrail
　　Deputy Clerk