NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7050

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

JARED FISHMAN,
APPELLEE,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**UNOPPOSED MOTION OF APPELLANTS FOR A TWO-WEEK EXTENSION OF TIME TO FILE THEIR REPLY BRIEF**

The reply brief of appellants is currently due on November 7, 2025. The appellants request a two-week extension of time, until November 21, within which to file their reply brief. Appellee does not oppose this relief.

There is good cause for the requested extension. The Office of the Solicitor General continues to have a heavy workload, and the undersigned is engaged in the press of other matters before the D.C. Court of Appeals, including *D.C. Department of Public Works v. D.C. Department of Employment Services*, No. 25-AA-233 (brief due November 3, 2025).

Accordingly, this Court should grant appellants a two-week extension of time, until November 21, 2025, to file their reply brief.

                              Respectfully submitted,

                              BRIAN L. SCHWALB
                              Attorney General for the District of Columbia

                              CAROLINE S. VAN ZILE
                              Solicitor General

                              ASHWIN P. PHATAK
                              Principal Deputy Solicitor General

                              GRAHAM E. PHILLIPS
                              Deputy Solicitor General

                              /s/ Lucy E. Pittman
                              LUCY E. PITTMAN
                              Senior Assistant Attorney General
                              Bar Number 483416
                              Office of the Solicitor General

                              Office of the Attorney General
                              400 6th Street, NW, Suite 8100
                              Washington, D.C. 20001
                              (202) 727-3881
                              (202) 741-5925 (fax)
October 2025                  lucy.pittman@dc.gov

## CERTIFICATE OF COMPLIANCE

      I certify that this motion complies with the type-volume limitation in Federal Rule of Appellate Procedure 27(d) because it contains 112 words, excluding exempted parts. This motion complies with the typeface and type style requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 365 in Times New Roman 14-point font.

                                      /s/ Lucy E. Pittman
                                      LUCY E. PITTMAN