# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**  September Term, 2025

1:21-cv-01847-RJL

Filed On: October 24, 2025 [2142066]

Jared Fishman,

    Appellee

  v.

District of Columbia, et al.,

    Appellants

## O R D E R

Upon consideration of appellants' unopposed motion for a two-week extension of time to file their reply brief, it is

**ORDERED** that the motion be granted. Appellants' reply brief is now due on November 21, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Scott H. Atchue
Deputy Clerk