# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**                            **September Term, 2025**

1:21-cv-01847-RJL

**Filed On: December 31, 2025** [2152447]

Jared Fishman,

      Appellee

    v.

District of Columbia, et al.,

      Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for January 13, 2026, at 9:30 A.M.:

      Appellants    -    10 Minutes

      Appellee    -    10 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, Circuit Judge Garcia, and Senior Circuit Judge Edwards.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 2, 2026.

### Per Curiam

                          **FOR THE COURT:**
                          Clifton B. Cislak, Clerk

             BY:    /s/
                     Daniel J. Reidy
                     Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)