# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**  **September Term, 2025**

**1:21-cv-01847-RJL**

**Filed On: January 13, 2026** [2153989]

Jared Fishman,

    Appellee

  v.

District of Columbia, et al.,

    Appellants

**BEFORE:** Chief Judge Srinivasan, Circuit Judge Garcia, and Senior Circuit Judge Edwards

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, January 13, 2026 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

Lucy E. Pittman (OAG), counsel for Appellants.

Charles Gerstein, counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk