# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-7050**                      **September Term, 2024**

1:21-cv-01847-RJL

**Filed On: August 18, 2025** [2130500]

Jared Fishman,

       Appellee

     v.

District of Columbia, et al.,

       Appellants

## O R D E R

Upon consideration of appellants' consent motion to seal parts of the joint appendix, it is

**ORDERED** that the motion be granted. Defendants' exhibits 2, 3, 4, 5, 7, and 8 may be filed under seal. See D.C. Cir. Rules 25(e), 47.1.

                                                 **FOR THE COURT:**
                                                 Clifton B. Cislak, Clerk

                   BY:      /s/
                                                  Catherine J. Lavender
                                                Deputy Clerk