# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 25-7050**                    **September Term, 2025**
FILED ON: AUGUST 11, 2026

JARED FISHMAN,
                    APPELLEE

v.

DISTRICT OF COLUMBIA, ET AL.,
                    APPELLANTS

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-01847)

———

Before: SRINIVASAN, *Chief Judge*, GARCIA, *Circuit Judge*, and EDWARDS, *Senior Circuit Judge*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel.  On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the District Court's grant of partial summary judgment against Officer Todaro be reversed, and the case be remanded for the District Court to enter summary judgment in favor of the officers on Jared Fishman's Fourth Amendment claims and to consider the false-imprisonment claim.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/

Daniel J. Reidy
Deputy Clerk

Date: August 11, 2026

Opinion for the court filed by Chief Judge Srinivasan.