# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7050** **September Term, 2026**

**1:21-cv-01847-RJL**

**Filed On: September 17, 2026** [2193649]

Jared Fishman,

Appellee

v.

District of Columbia, et al.,

Appellants

## M A N D A T E

In accordance with the judgment of August 11, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed August 11, 2026